**No. 43353.**—Protest 183830–G of I. Magnin Co., Inc. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) embroidered wearing apparel and Normandy lace were held dutiable at 75 percent under paragraph 1430 as claimed.